1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    JANET MENIFEE,                          Case No. 19-cv-06346-JSC

8                    Plaintiff,

9            v.                              **ORDER RE: DEFENDANT'S
                                             ADMINISTRATIVE MOTION TO
10   DOORDASH, INC.,                         STAY PROCEEDINGS**

                     Defendant.              Re: Dkt. No. 19
11

12

13          Janet Menifee sues her employer DoorDash, Inc. ("Defendant" or "DoorDash") alleging

14   various wage-and-hour violations under federal and state law. (Dkt. No. 17.)[1] Now before the

15   Court is Defendant's administrative motion to stay this action pending final approval of a class

16   settlement in *Marciano v. DoorDash, Inc.*, No. CGC-18-567869 (S.F. Super. Ct.).[2] (Dkt. No. 19.)

17   Plaintiff opposes the motion. (Dkt. No. 21.) After careful consideration of the parties' briefing,

18   the Court DENIES Defendant's motion for the reasons stated below.

19          The plaintiff in *Marciano* filed its motion for preliminary approval of a class settlement on

20   November 21, 2019. (Dkt. No. 19 at 2.) There is no dispute that the claims in *Marciano* overlap

21   with the claims in this action. However, this is an individual action and Plaintiff has submitted a

22   sworn declaration that she has "reviewed the proposed settlement and discussed it with [her]

23   attorneys and do[es] not want to participate in it." (Dkt. No. 21-1 at ¶ 5.) Further, Plaintiff attests

24   that "[i]f the proposed settlement had been granted preliminary approval, [she] would opt out of

25   it." (*Id.*) Plaintiff attests that one of her "primary goals in this lawsuit is to obtain an injunction

26

---

27   [1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the
     ECF-generated page numbers at the top of the documents.
28   [2] Both parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c). (Dkt. Nos.
     10 & 11.)

1     requiring DoorDash to pay [her] properly as an employee in the future, [and] the settlement would

2     not require DoorDash to do [that]." (*Id.* at ¶ 6.) Plaintiff's opposition asserts that the only reason

3     she "has not already opted out of the settlement is that the settlement has not yet been approved."

4     (Dkt. No. 21 at 3.) In other words, Plaintiff will opt out of the settlement if and when it is

5     approved. Because Plaintiff will not participate in the class settlement, the outcome in *Marciano*

6     has no bearing on this case and Defendant will have to litigate this action regardless.

7          Accordingly, the Court denies Defendant's administrative motion to stay proceedings.

8          This Order disposes of Docket No. 19.

9          **IT IS SO ORDERED.**

10    Dated: January 15, 2020

11

12

13                                JACQUELINE SCOTT CORLEY
                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28