| | |
|---|---|
| Keith A. Custis (#218818)<br>  kcustis@custislawpc.com<br>CUSTIS LAW, P.C.<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067<br>(213) 863-4276<br><br>Ashley Keller (*pro hac vice*)<br>  ack@kellerlenkner.com<br>Travis Lenkner (*pro hac vice*)<br>  tdl@kellerlenkner.com<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>(312) 741-5220<br><br>*Attorneys for Plaintiff Janet Menifee* | Joshua S. Lipshutz (#242557)<br>  jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>(415) 393-8200<br><br>Theane Evangelis (#243570)<br>  tevangelis@gibsondunn.com<br>Michael Holecek (#281034)<br>  mholecek@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>(213) 229-7000<br><br>*Attorneys for Defendant DoorDash, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANET MENIFEE,<br><br>　　　　*Plaintiff*,<br><br>　vs.<br><br>DOORDASH, INC.,<br><br>　　　　*Defendant*. | Case Nos.　3:19-cv-06346-JSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to the dismissal of this action with prejudice.

**IT IS SO STIPULATED.**

Dated: April 15, 2020                                    Respectfully submitted,

/s/ Joshua Lipshutz                                       /s/ Ashley Keller
Joshua S. Lipshutz (#242557)                      Ashley Keller (*pro hac vice*)
 jlipshutz@gibsondunn.com                          ack@kellerlenkner.com
GIBSON, DUNN & CRUTCHER LLP              KELLER LENKNER LLC
555 Mission Street, Suite 3000                      150 N. Riverside Plaza, Suite 4270
San Francisco, California 94105                    Chicago, Illinois 60606
(415) 393-8200                                               (312) 741-5220

*Attorney for Defendant DoorDash, Inc.*       *Attorney for Plaintiff Janet Menifee*

**DECLARATION OF FILING PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated April 15, 2020                              /s/ Ashley Keller